[No. 30659-6-I. Division One. April 19, 1993.]

JOHN D. NELSON, *Plaintiff*, RETAIL CLERKS WELFARE TRUST, ET AL, *Appellants*, v. DONNA DAHL, *as Personal Representative, Respondent*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 91-2-00150-9, Michael F. Moynihan, J., entered April 9, 1992. *Affirmed* by unpublished opinion per Coleman, J., concurred in by Pekelis, A.C.J., and Grosse, J.

[No. 14511-1-II. Division Two. April 19, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL EUGENE ASHBY, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 90-1-01075-1, Karen G. Seinfeld, J., entered December 5, 1990. *Affirmed* by unpublished opinion per Quinn, J. Pro Tem., concurred in by Morgan, J., and Green, J. Pro Tem.

[No. 14562-6-II. Division Two. April 19, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. WAYNE E. DAVIS, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 90-1-00101-8, Frederick B. Hayes, J., entered December 11, 1990. *Affirmed* by unpublished opinion per Seinfeld, J., concurred in by Alexander, C.J., and Petrich, J.

[No. 14815-3-II. Division Two. April 19, 1993.]

THE STATE OF WASHINGTON, *Appellant*, v. EDWARD JOSEPH BECKER, *Respondent*.

Appeal from a judgment of the Superior Court for Clallam County, No. 90-1-00132-5, Grant S. Meiner, J., entered March 18, 1991. *Affirmed* by unpublished opinion per Wieland, J. Pro Tem., concurred in by Petrich, J., and Swanson, J. Pro Tem.